# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cr-044 |
| Mercedes Shawnama Jefflo, | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2024, the undersigned issued an order granting Defendant's motion and conditionally releasing Defendant to The Sanctuary. (Doc. No. 221).

On June 3, 2024, Defendant filed a motion requesting the Court to modify her release conditions to permit her to return to California and reside with her cousin in Bellflower, a suburb of Los Angeles, so that she could attend classes at the Toro Truck Driving School.

On June 6, 2024, the undersigned issued an order informing the parties that would defer ruling on Defendant's motion pending the outcome of any request for a continuance of Defendant's sentencing hearing on June 25, 2024. (Doc. No. 286).

On motion by the United States, the Court issued an order on June 7, 2024, that continued Defendant's sentencing hearing until October 1, 2024. (Doc. Nos. 288 and 289).

Given Defendant's generally positive performance while on release, her plan to pursue a truck driving career, and the fact that her sentencing has how been continued until October 1, 2024, the undersigned is inclined to modify her release conditions to permit her return to California. However, before doing so, the undersigned shall require first Defendant to submit her travel itinerary to the undersigned for review.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
